AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia ▼

| | |
|---|---|
| United States of America )<br>)<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>Barney Squiers, Suzanna Squiers and Wilda Schrade )<br>)<br>)<br>)<br>*Defendant(s)* ) | Civil Action No. **3:18-cv-00040-HEH** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Barney Squiers
16233 Days Bridge Road (aka Pirates Cove)
Orange, Virginia 22960-9143

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael J. Martineau, Esquire
Tax Division, U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044

Robert P. McIntosh
Assistant U.S. Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **January 18, 2018**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:18-cv-00040-HEH**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Barney Squiero
was received by me on *(date)* 2·5·18

☒ personally served the summons on the individual at *(place)* 7086 Hot Rod Lane Locust Grove, VA 22508 on *(date)* 2/27/18 @ 1:45pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 2·27·18

*Server's signature*

JOY ASHWORTH
*Printed name and title*

Servor, Inc
Process Servers
3420 Pump Road #114
Henrico, VA 23233
(804) 285-0959

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America

*Plaintiff(s)*

v.

Barney Squiers, Suzanna Squiers, and Wilda Schrade

*Defendant(s)*

Civil Action No. 3:18-cv-00040-HEH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Wilda Schrade
3309 Hemlock Drive
Falls Church, Virginia 22042-3351

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael J. Martineau, Esquire
Tax Division, U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, D.C. 20044

Robert P. McIntosh
Assistant U.S. Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: January 18, 2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:18-cv-00040-HEH**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Wilda Schrader
was received by me on *(date)* 2-5-18.

☒ I personally served the summons on the individual at *(place)* 3309 Hemlock Dr, Falls Church, Va 22042 on *(date)* 2-5-18 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 2-6-18

Server's signature

Shirley Moore, private process server
Printed name and title

Servor, Inc
Process Servers
3420 Pump Road #114
Henrico, VA 23233
(804) 285-0959

Additional information regarding attempted service, etc: